RECEIVED
SDNY PRO SE OFFICE
2020 DEC -4  AM 10: 30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST

Write the full name of each plaintiff.
NS Trinidad embassy
Trinidad in consulate
NYC MTA
NS Senate
The White House
A. Cuomo
Department of Health & Human Services
The Food & Drug Administration
Regeneron
AmeriSource Bergen
Johnson and Johnson
S. M. Hahn
Sean Conley
Federal Government
NS Supreme Court
CUR Associates Inc

-against-

NYC Multi Social Club
J. Kushner
Trinidad Government
NYCT
NS Congress
DONALD TRUMP
NYPD
NS Republican
Moderna
Astra Zeneca
Roche
Center for Disease Control Prevention
Eli Lilly
Mark Meadows
Federal Reserve
Court of Appeals
NS SD Court
NS Government

1:20-cv-10245
(Include case number if one has been assigned)

COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1) Abuse of Power
2) Retaliation
3) Discrimination + Persecution
4) Targetting

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Defendant 1: The White House
First Name _____ Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City _____ State _____ Zip Code

Defendant 2: US Government
First Name _____ Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City _____ State _____ Zip Code

Defendant 3: NYPD
First Name _____ Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

NEW YORK — NY — 10007
County, City _____ State _____ Zip Code

Defendant 5: US Senate
Defendant 6: US Trinidad Embassy
Defendant 7: Trinidad US Consulate
Defendant 8: NYC MTA
Defendant 9: A. Cuomo
Defendant 10: Dept of Health & Human Service
Defendant 11: The Food & Drug Administration
Defendant 12: ReGeneron
Defendant 13: AmeriSource Bergen
Defendant 14: Johnson & Johnson
Defendant 15: S. Mr Hahn
Defendant 16: Sean Conley
Defendant 17: Federal Government
Defendant 18: NS Supreme Court

Defendant 19: CVR Associates Inc
Defendant 20: NYC Auto Social Club
Defendant 21: J. Kushner
Defendant 22: Trinidad Government
Defendant 23: NYCT
Defendant 24: NS Republican
Defendant 25: Moderna
Defendant 26: Astra Zeneca
Defendant 27: Roche
Defendant 28: Center for Disease Con + Preven
Defendant 29: Eli Lilly
Defendant 30: Mark Meadows
Defendant 26: Federal Reserve
Defendant 27: Court of Appeals
Defendant 28: US 3D Court
Defendant 29: US Democratics

Defendant 4: _____ DONALD TRUMP
           First Name              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Brooklyn, New York City

Date(s) of occurrence: 11/22/20 - 11/27/20

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Mr. Donald Trump please do not spend precious time raging about a "stolen election". Mr. Donald Trump, trump administration, advisors and House physician worry about my sample taken on May 15th 2020 that is used to cure and or treat COVID-19 virus presently.

Stick 'em up. The sample used do not match this recipient's sample. The sample used was from my antibodies taken on a train while sleeping by a woman wearing white hazmat gear and facial shield. A great conspiracy and cohorts in crime. Using my photo identity and genetic identity to steal is a humoungous crime too.

This is not one cocktail or drug it is three. I wrote a mini letter about first sighting

Page 5

of the "being", a cure and theft of the information, by the court and Mr. Trump as a back-up plan. I slid the letter through her mail-box — my sister's mail-box and left.

I heard a defendant said "You know how much time I get away from death."

I could only imagine. I heard a boastful evil-doer said "Tomorrow I am sitting on your seat — your foundation came down."

One of the defendant had said to another

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Rewarn dirty clothes. harrassed. mental pressure. uncomfortability.

IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the F.B.I., C.I.A. and L. James to investigate.

I would like to ask the court to order the defendants restore all what was swindled, and to compensate me for creating hardships, stressors, and

Page 6

FACT (2)

"Get me a shoe nah!"
I also heard talk about only one sample extracted.
"There was a reason for the water that was running out my left foot" Jesus said.
The water ran out my foot for about one week.
"Take a shower now" and "I got a taste of it" are two phrases I heard the defendants used conversating. I heard the defendant said I was a "slow-coach."
With the neurological damage and head traumas the defendants gave to me "slow-coach" will be fitting. I would add wise to that "slow-coach".
The day I was exposed and was experiencing covid symtoms I called the ambulance from a street corner around City Hall area I stood by. Wealth is for me but it may not be for monsters who believe they are above the law and cold-hearted robbers.
I remembered the limited conversation so well the day the defendant came into the court to get my covid order and information. After grabbing it I heard an employee said "all greedy."
"I aint hear nothing - I aint see nothing - sealed lips" I heard the "visitor" said to the employee.
Of coarse, yes, blood money was passed.
Okay, so you came a couple days ago and stole two pens from my belongings in my nook as I slept. The pens are only powerful in the hand of the writer. It is of no benefit to you. You will never be Yvonne Frost. You also physically cut my left heel a couple times. The infliction pains and slows me down. These defendants invade my privacy.
It appeared to me Mr Frost was punished

FACT (3) *days, I have foot problems inflicted by the defendants.*

because he saw and said "it was not fair".
A couple days now he has been sleeping amongst a pile of garbage bags.
 The defendants placed him close distance to/by me for continuous connection in extracting money from me. After 12:30am this morning I loudly exploded on the money extractors on multiple side-walks. I got the attention of a federal reserve watchman/police and shouted for him to call in the crime to the F.B.I.
 I stood to catch my breath by a police car after leaving my nook this morning. With the window up one officer motioned what "I wanted". I said leave your window closed – I want nothing. The officer turned on a cellphone that stood on a dashboard and rolled down the window.
 The officer physically said "what I wanted". I got angry and told the officer he knew what he just did and should not have turned the phone on. As I walked off I said stealing, stealing. The officers were at it again at Fulton Station about 6:10am today.
 I knew for sure the officers above are connected to the wrongful action done to Mhr Frost. I believe one or two federal reserve employees are working in cohorts with NYPD to steal from me. My nook is a stone's throw away from Federal Reserve. All the surveillance cameras by me and surroundings areas gives/tells a complete story for the past three to five days.
 This is oppression and surpression at the same time. There are two pieces of cardboards in the two soles of my two shoes. It got holes, I cannot afford to buy a new pair. Yesterday my socks

got wet and the cardboards inside the shoe from the rain.

The chair back I sleep on fell apart. I rewear dirty clothes all the time and most times eat from out the garbage. Yesterday I was targetted. A young man extracted money from me for a "meal" he and others were walking around giving out.

I asked him if it was free when I noticed he zapped me with his cell. They all said "yes it's free". They were on Jay and Willoughby downtown Brookly 11:40am. It looked horrible I threw it out — regular food — no contents. That was my thanksgiving meal or what I got.

My life has become a living hell moreso lately. I cannot breathe. Constant back-riders and stalkers. Harrassers and tormentors are never short. I believe it became worse because of the CORVID cocktail medical antibody treatment.

All pressure and overwhelming situations around me with no family member to speak too. My family members were taken away from me by the defendants to isolate me. My son was told don't talk to me after being brought from Trinidad by the defendant(s).

This is death. The defendants have killed me over and over and over again. I am a walking dead/tombstone. My children and I need to get into our house. They are scattered far and abroad by the defendants. Every day cannot be the same.

I am holding the defendants accountable of conspiracy, corruption, fraud, inhumane acts, persecution, inequality, abuse of power, retaliation, robbery, dis-

because everytime
I read my bible.

crimination, invasion of privacy, stalking to financially deplete, being big bullies and "murderers." My anemia and medical pre-existing condition makes the journey harder moreso because it's getting colder.

About three years ago I was told by a higher power that "the life is in the blood." Today I heard "I present my body as a living sacrifice."

I have been saying to God "what else can I give to a God that has/have everything"

I have told Him "to take my heart and soul as a living sacrifice on the altar".

I am holding a couple of the defendants accountable of wasting time to financially deplete me purposely.

pain and suffering.

I would like to ask the court/committee to hand over all keys and new compensation to my Archbishop Blount.

I would like to ask the court/committee to compensate Mr. Frost for mental pressure, pain and suffering. Compensate him for using, abusing and throwing away. Compensate him for programming, mind control and behavior control. Compensate him for abusing a person declared disable. Compensate him for no life.

I would like to ask the court/committee to compensate my son Duane for heartbreak, pain and suffering in my absence.

I would like to ask the court/committee to prepare passports and travel documents for a three day family gathering in the united states (open tickets return). Days: Friday, Saturday, Sunday. (non stop)

The holdens Monica Swift, Neal Isaac, Noel Swift, Zambo Swift, Atiba Swift

Paid and booked Catering Hall for "a" Saturday (noon) at Elim International Fellowship.

Paid chauffeurs for all activities of above guest for three days.

Paid Event Planner for "Saturday"

Paid Baker and Servers, clean-up crew for "Saturday"

Paid Four chefs / Four varying dishes for "Saturday"

①Indian  ②American  ③Italian  ④Carribbean

①Paid photographer  ②Paid videographer

RELIEF (3)

I would like to ask the court/committee to immediately place Mr. Frost (if he desires) in any of the Hotels that have become empty due to the corona virus. No attachments please.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 11/27/20 | Yvonne Frost |
|---|---|
| Dated | Plaintiff's Signature |

| Yvonne | | Frost |
|---|---|---|
| First Name | Middle Initial | Last Name |

40 Ann Street
Street Address

| New York | NY | 10038 |
|---|---|---|
| County, City | State | Zip Code |

| None | Yvonne.Frost1@aol.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

RECEIVED
SDNY PRO SE OFFICE

2020 DEC -4, AM 10: 30

UNITED STATES SD COURT
COURT OF APPEALS
40 CENTRE STREET
NEW YORK NY 10007

YVONNE FROST
40 ANN STREET
NEW YORK NY 10038